UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4014 SVW (MRWx) | Date | July 16, 2013 |
|---|---|---|---|
| Title | Third World Media v. Tubeextra.com | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

  Plaintiff filed an ex parte application for leave to conduct expedited discovery of non-party Internet registrars. (Docket # 6.) Plaintiff contended that this discovery was necessary to effect service on the appropriate defendants and to "rapidly move this case along." (Id. at 2.) Plaintiff failed to provide the Court with specific information about the discovery it intended to conduct. For this reason, in late June, the Court instructed Plaintiff to lodge a copy of the proposed subpoena for review with the Court in connection with the ex parte application. (Docket # 7.) To date, however, Plaintiff has not submitted any responsive materials with the Court.

  Therefore, IT IS ORDERED that Plaintiff appear before this Court on August 14, 2013, at 9:30 a.m., to show cause why the ex parte application should not be denied and the action dismissed for failure to prosecute. In the alternative, Plaintiff may respond to this OSC by lodging the proposed subpoena along with an explanation for the delay in responding to the Court's original order by or before August 5.