# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD WORLD MEDIA, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>TUBEEXTRA.COM, a business form unknown; YOUFCK.COM, business form unknown; ALLFCK.COM, a business form unknown; TUBEFCK.COM, a business form unknown; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. CV 13-04014-SVW (MRWx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION<br><br><br>JS-6 |

**[PROPOSED] ORDER**

For good cause shown and pursuant to request of the Plaintiff, the Court hereby dismisses this action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Date: September 20, 2013

_____
The Honorable Stephen V. Wilson
United States District Court Judge